UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE, as known as John William McCartney,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　Defendant. | NO.  CV-10-5059-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO COMPLY WITH COURT ORDER** |

　　On June 3, 2010, an Order was entered requiring Plaintiff John William Wallace to either file an Application to Proceed In Forma Pauperis or pay a filing fee. (Ct. Rec. 2.) Plaintiff failed to comply with this Order. Accordingly, the Court **HEREBY ORDERS**:

　　1.　this file shall be **CLOSED**, and

　　2.　an appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

　　**IT IS SO ORDERED.** The District Court Executive shall forward a copy of this Order to Plaintiff.

　　**DATED** this___2nd____ day of February 2011.

　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　United States District Judge

Q:\Civil\2010\5059.dismiss.ifp.wpd

ORDER - 1